**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1760**

_____

EUGENE GRAY,

Plaintiff - Appellant,

versus

DONALD RUMSFELD, Secretary, Department of
Defense; JOHN ASHCROFT, Head, U. S. Department
of Justice; ELAINE L. CHAO, Secretary, U. S.
Department of Labor; U. S. DEFENSE COMMISSARY
AGENCY; LARRY HAHN; ARAM DARAKAJUIAN; SHARON
SEWARD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (CA-02-295)

_____

Submitted: December 18, 2003        Decided: January 14, 2004

_____

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eugene Gray, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eugene Gray appeals from the district court's order dismissing his civil action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny Gray's motions to amend the caption and to stay the proceedings, and affirm for the reasons stated by the district court. See Gray v. Rumsfeld, No. CA-02-295 (E.D. Va. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED